UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANNAPOLIS CITIZENS CLASS OVERCHARGED FOR WATER-SEWER
    by LOUDON OPERATIONS LLC,
  8 Loudon Lane
  Annapolis, MD. 21401
  1776 K St., N.W.#200
  Washington, D.C. 20006

    Putative Class representatives, Plaintiffs,

    v.                                **Civil Action No 20-2603**
    .                                **CLASS ACTION COMPLAINT**
STANTEC, Inc., Annapolis Water/Sewer   **FOR DAMAGES & EQUITABLE RELIEF**
    Contractor *aka* Stantec Archit, Inc.   **JURY TRIAL DEMAND**
  Stantec Consulting Ltd.   **Civil RICO, [18 U.S.C. §1961, *et seq*.]**
  1101 14th St NW #1200   **D.C.Consumer Prot. Proced. Act,**
  Washington, DC 20005   **[D.C. Code Ann. 28-3901, *et seq*.]**
  SERVE: Corporation Service Company
  1090 Vermont Ave. NW
  Washington, D.C. 20005

    and

GHD, Inc, Annapolis Water/Sewer Contractor, *aka* GHD
  Pty Ltd, GHD Prop. LLC, DVO, Inc.
  16701 Melford Blvd., Suite 330
  Bowie, MD 20715
  SERVE: Corporation Service Company
  1090 Vermont Ave. NW
  Washington, D.C. 20005

    Class Action Defendants

..................................................................................

## CLASS ACTION COMPLAINT

Plaintiffs, respectfully as, by, and through putative class representatives *pro se*, present this class action complaint, and bring this action on their own behalf and all others similarly situated pursuant to Fed, R. Civ. P. 23, and in support state:

### PREMISES

1. Overcharging Annapolis water customers at a rate of $10.11 per 1000

gallons, 7 times that of affluent Long Island at $1.45 per 1000 gallons, and 5 times that of



water-scarce Albuquerque NY $2.23 per 1000 gallons, rate-making by the City of Annapolis is influenced and incited by its wastewater and water treatment contractors Stantec and GHD. This Stantec/GHD/Annapolis collaborative-scheme premeditatedly extorts captive powerless Annapolis citizens. Stantec/GHD/Annapolis will herewith be proven to constitute an "enterprise" under The Racketeer Influenced and Corrupt Organizations (RICO) Act.  In furtherance of proof of "enterprise," Stantec/GHD/Annapolis's egregious rate-making, Stantec/GHD/Annapolis's goliath-like monopolization of City water/sewer, and Stantec/GHD/Annapolis's ham-handed "enforcement" against citizen complaints by shutting off service and judicial sale of homeowners' property, manifestly lays bare Stantec/GHD/Annapolis's pattern of racketeering activity

      2.  Notwithstanding rate-gouging, not only squeezing Annapolis citizens with arguably the country's highest water rates, Stantec and GHD have impelled the City to impose a multiplier levy for higher use for homeowners who choose to water their lawns or keep their swimming pools full by an outrageous penalty rate. Shamelessly, Stantec/GHD/Annapolis compounds this price gouging by imposing arbitrary tariffs for wastewater treatment, surcharging for sewer usage a random indiscriminate multiple of 1-2 times water usage rates. Most assuredly, Stantec/GHD/Annapolis do so even mindful that most water use is not for cooking, laundry, dish-washing, flushing, or bathing, but for irrigation and swimming pools.

Transparently, the majority of water use does not go into the sewer, but into the ground, so defendants are extorting wastewater income when there is no wastewater. Among the 38,000 Annapolis citizen victims of monopolistic rate-gouging seemingly shielded by sovereign immunity, there are few car wash businesses and no hog rendering plants, which conceivably might shoulder a surcharge for excessive water use, were they not exempt. Self-evidently, this capricious rate-making boondoggle is unconscionable.  Tragically, to protect their exploitative conduct, Annapolis outlaws pre-existing wells and septic systems, which would allow citizens to avoid the abusive decree by the City of Annapolis requiring everyone to hook up to City water/sewer. Your humble class representative's home/office is 91 years old, self-evidently having relied on septic fields and water wells before compelled to hook up to the City for water and sewer, since, like our farm on Long Island, the water table is 30 feet below our home. Annapolis charging 7 times the rate in Dix Hills, NY, the two locations are nearly identical when it comes to water but their home in New York has a septic system, banned by Annapolis authorities. Indeed, the sandy soil adjacent to the Chesapeake Bay in Annapolis and the Long Island Sound in Dix Hills filters the groundwater to such an extent that water is not only plentiful but nearly pure enough to drink.



3. Of overriding significance, your humble class representatives D.C. law firm headquartered in their Loudon Lane Annapolis

home/office, in an ongoing 20-year water-rate protest, on November 20, 2019 were billed for Annapolis Water/Sewer nearly $1500 for 3 months of water/sewer charges, then August 10, 2020 billed for Annapolis Water/Sewer over $850 for 3 months of water/sewer charges.  Victim of numerous water shut-offs during the water rate dispute, forced under protest to pay outrageous extortionate rates, your putative class representative in 2010 without warning, was threatened in court with judicial sale of the law firm's home/office to extort water payment.

4.  This unconscionable and extortionate conduct was incentivized by Stantec and GHD which charged Annapolis 38,000 resident taxpayers and water customers millions of dollars unnecessarily to construct redundant boondoggle wastewater and water treatment facilities.

5.  To stop the judicial sale, your humble class representatives were forced to pay under protest $2500 for water never run through the sewer system but into the ground from an unknown rip in the swimming pool liner.  Respectfully, your plaintiff putative class representatives have paid, and will continue to pay *pendente lite* the full charges for water/sewer/refuse into the court registry, by interpleader action filed in P.G. District Court, for which the City attorney has been served.

6.  Averaging $20/month for our Long Island farm watering 9 horses 3 times a day, our Annapolis water/sewer [and refuse] rates are $300-450/month!  This is but one example of the 38,000 Annapolis residents' disputes with unconscionable and extortionate overcharges for Annapolis water/sewer, 5-7 times rates in Long Island and Albuquerque, NM, arguably among higher rates in the country, monopolistically extorting user fees many times the market rate.

## PARTIES

7.  At all times relevant hereto, Plaintiff LOUDON OPERATIONS LLC, ["Loudon"] representing Annapolis Citizens Class Overcharged for Water-Sewer, is the operating subsidiary of D.C. professional corporation law firm of Lillard & Lillard, P.C. [founded and incorporated in the Barr Bldg. at 17th and K Streets, N.W. in 1977].  which maintains its current D.C. office at 1776 K Street, N.W. Suite 200, Washington, D.C. 20006.  The undersigned *pro se* law firm president is an

active member of the D.C. and Maryland bars, and inactive member of the New York bar, having previously practiced in Washington with Reed Smith and Department of Justice, now practicing with his wife [active member of the New York bar] in their home/office at 8 Loudon Lane, Annapolis MD 21401. Your *pro se* humble law firm members putatively represent 38,000 Annapolis citizen victims of water/sewer overcharges.

8. Stantec and GHD, multi-Billion-dollar multinational Canadian and Australian water treatment and wastewater contractors coaxed and incentivized the City of Annapolis to boost water rates repeatedly [just recently by an additional 4.5%] and contrived outrageous water charges, with the premeditated motive to recapture funds to pay for their redundant and overblown construction charges for unnecessary and costly replacement of water treatment and wastewater treatment plants.

9. Stantec is a Canadian-based waterworks and wastewater engineering and consulting firm with 400 locations across six continents. Of Stantec, it has been recently said

> "Annapolis residents pay 4.5 percent more for water and sewer at the recommendation of a utility rate study * , an annual effort completed this year by Stantec, recommended the city implement a 4.5 percent fee increase in order to cover operating expenses and bond debt service until fiscal 2022. **https://www.capitalgazette.com/maryland/annapolis/ac-cn-water-sewer-fees-20170917-story.html**

GHD Pty Ltd (formerly known as Gutteridge Haskins & Davey) is an Australian-based waterworks and wastewater engineering and environmental consulting firm. Of GHD, it was recently said it was

> "cost effective way to provide additional capacity to serve new sewer customers * meeting stringent new effluent limits for Chesapeake Bay. * to demolish the existing wastewater treatment facility * then build a new pumping station and force main to convey the sewage from the peninsula to another treatment facility. * 31.5 million-dollar project" **https://www.zhd.com/en-us/projects/wastewatertransmission-design.aspx** *See generally* **http$•.//en.wiki9G4iA.org/wiki/GHD QrQl'9#Adqni controversy**

**JURISDICTION AND VENUE**

10. The jurisdiction of this court is by diversity of citizenship under 28 U.S.C.S 1332 [although averring a D.C. office for defendants, they are Australian and Canadian headquartered corporations, thus satisfying diversity] an intended class action F.R.Civ.P. 23 filing, whose amount in controversy exceeds $75,000, and *inter alia*, arises under Unlawful Trade Practices Act of the District of Columbia Consumer Protection Procedures Act ("CPPA"), D.C. Code 28-3901 et seq., 528-3904(r), 28-3905(k)(l)( C), and Civil RICO [The Racketeer Influenced and Corrupt Organizations Act of 1970 ("RICO", 18 U.S.C.A. 1961 et seq.)].

11. Respectfully seeking, by class action under F.R.Civ.P. 23, for punitive damages, treble damages, and attorneys' fee-shifting award, for unconscionable and extortionate water/sewer fees and rates, intimidation by banning water wells and septic tanks or septic leach drain fields, and abusive ham-handed collection practices including water shut-off for disputing unconscionable rates and judicial sale of homeowners' residences for late water/sewer payment, executed by municipal staff under the direction and control of City contractors Stantec and GHD.  This court has favored class treatment for CPPA unconscionable corporate conduct.  *See generally* Wells v. Allstate Ins. Co. 557 F. Supp. 2d 1 (D.D.C.  2008) [$2 Million class settlement]. Said punitive damages statute applies to two foreign corporations, Stantec from Canada and GHD from Australia, collaborator-contractors of Annapolis City Government, the unindicted coconspirator, since consultants are not shielded by sovereign immunity.

12. This Court has original jurisdiction of the claims asserted herein pursuant to the Class Action Fairness Act and U.S.C. 1332(d)(2)(A) in that the amount in controversy and the claims at issue exceeds the sum of $50,000,000 FIFTY MILLION DOLLARS, exclusive of interest and costs, and is a putative class action in which members of the class of plaintiffs are citizens of States different from Defendants' states of citizenship. Numerosity by class action complaint may be easily presumed since the population of Annapolis is 38,000, although neighboring residents might be included if they

are billed for water/sewer by Annapolis. $50 Million divided by 38,000 is about $1300.00. per citizen, or $36/month [for a statutory 3 years] to reimburse overcharges just some years back. Hardly unreasonable, $50 Million is little more than the $31 Million misused on unnecessary water treatment and wastewater plants, built by defendants Stantec and GHD.

13. At all times relevant hereto, Defendants Stantec and GHD were foreign companies licensed to transact and transacting insurance business in the District of Columbia and other states. Venue is proper in this Court pursuant to 28 U.S.C. 1391, as they regularly and continuously conduct business in interstate commerce that is carried out in part in this District, and/or have offices and registered agents in our jurisdiction. Any challenge to venue might easily be ameliorated by the "bulge rule" F.R. Civ. P. 4(k)(1)(B).  No motion to transfer to D.MD. may be considered, and any attempt by defense to do so should be sanctioned.  The statutory basis of this claim is D.C. consumer law, a D.C. law firm the aggrieved party *pro se* is the plaintiff putative class representative, and both multinational defendants conduct business and have registered agents in Washington, D.C.

## FACTUAL ALLEGATIONS

14. The aforementioned overcharges finance the bloated Annapolis bureaucracy [3 times the labor as a larger city Rockville] and bankroll needless construction by Stantec and GHD for redundant water treatment plants and wastewater treatment plants. Annapolis water shut off the law firm's water 4 times extorting protested charges, to discourage complaints about the extortion, and scheduled the home office for judicial sale to extort $2500, intimidating the Lillards to buckle under to exorbitant rates, paid "under protest" throughout 26 years.

15. Tragically, unconscionably and extortionately, pre-litigation investigation

revealed that Annapolis charges $10.11 per 1000 gallons, whereas, your *pro se* Plaintiff putative class representative and with my wife practicing also in New York, our Dix Hills farm water district charges $1.45 per 1000 gallons and arguably the nation's highest water rates in water-scarce Albuquerque NM is $2.23 per 1000 gallons. Consequently, Annapolis residents therefore are gouged seven [7] times Long Island rates, and five [5] times arguably the highest water rates in the country in parched water-scarce New Mexico.  Our Long Island farm water bill is perhaps $20 per month at most, contrast $300-500 per month by Annapolis!

16.Facing $300-450 per month for water/sewer/refuse utility, *pro se*, your 73-year-old overcharged victim Plaintiff putative class representative/appellant law firm president and his law partner wife could hardly tolerate the injustice any longer, and, unaccustomed in recent decades to engage in litigation, and unfamiliar with water-sewer rate-making, nor likewise with class action litigation, nonetheless were constrained to seek pre-litigation investigation, in concert with their request for Magistrate mediation.  Filed first as a Miscellaneous action under Rules 27 and 16, your court rejected and dismissed the related petitions, for which an appeal was filed in the D.C. Circuit, where pending is your Plaintiff putative class representatives' motion for summary reversal.

**17.** Moreover, it should be noted that Stantec/GHD/Annapolis's water/sewer rate gouging supports Annapolis' primary source of municipal income, but, compared with Rockville MD's 68,000 residents served by less than 200 city employees, Annapolis with only 38,000 citizens is served by over 600 city employees! Ergo, what is Annapolis City to do without gouging water/sewer charges to pay its featherbedding public union staff?

## COMPLIANCE WITH RULE 23 REQUIREMENTS

## OUTLINE-STANTEC/GHD CLASS ACTION ALLEGATIONS

18. Plaintiff putative class representatives bring this action on their own behalf and all others similarly situated pursuant to Fed, R. Civ. P. 23. The Class includes:

> All Annapolis Water Customers within the three-year period preceding the filing of this lawsuit, whose water/sewer charges were extorted by Annapolis City through the direction of STANTEC/GHD

19. Excluded from the class are STANTEC/GHD, its subsidiaries and affiliates, its officers, directors and member of their immediate families and any entity in which defendant has a controlling interest, the legal representatives, heirs, successors or assigns of any such excluded party, the judicial officer(s) to whom this action is assigned, and the members of their immediate families.

20. Plaintiff putative class representatives reserve the right to modify or amend the definition of the proposed Class and/or to add Subclasses if necessary, before this Court determines whether certification is appropriate.

21. This case is properly brought as a class action under Fed. R. Civ. P. 23(a) and (b)(3), and all requirements therein are met for the reasons set forth in the following paragraphs.

22. **Numerosity** under Fed. R. Civ. P. 23(a)(1). The members of the Class are so numerous that separate joinder of each member is impracticable. Upon information and belief, and subject to class discovery, the Class consists of thousands of members or more, the identity of whom are within the exclusive knowledge of and can be ascertained only by resort to ANNAPOLIS CITY, directed by STANTEC/GHD's which has the administrative capability

through its computer systems and other records to identify all members of the Class, and such specific information is not otherwise available to Plaintiff putative class representatives.

23. **Commonality** under Fed, R. Civ. P. 23(a)(2). There are numerous questions of law and fact common to the Class relating to STANTEC/GHD anomalous, unconscionable, and unjustifiable business practice at issue herein and those common questions predominate over any questions affecting only individual Class members. The common questions include, but are not limited to:

a)  Whether STANTEC/GHD influenced the rates charged by Annapolis;

b)  Whether comparisons with other water and sewer systems were made;

c)  Whether the actual cost for a gallon of water [excluding the unnecessary construction of new plants] warranted the outrageous rates

d)  Whether Annapolis labor costs are outrageous, forcing these costs to be allocated by water/sewer usage.

e)  Whether the "twice water rate" calculation for sewer is proper, and whether due consideration for non-sewer water use to irrigate lawns, fill swimming pools, etc

f)  Whether Plaintiff putative class representatives and other members of the Class have sustained damages as a result of STANTEC/GHD's wrongful business practice described herein, and the proper measure of damages.

24. **Typicality** under Fed. R. Civ. P. 23(a)(3). Plaintiff putative class representatives' claims are typical of the claims of the other Class members in that they 38,000 Annapolis residents are obliged to use City overcharged water/sewer, some more, some less, and each claim arises out of the same wrongful business practice by STANTEC/GHD as described herein.

25. **Adequacy of Representation** under Fed. R. Civ. P. 23(a)(4). Plaintiff

putative class representatives are more than an adequate representative of the Class in that they suffered damages as a result of STANTEC/GHD's unconscionable business practices. In addition,

a) Plaintiff putative class representatives are committed to the vigorous prosecution of this action on behalf of themselves and all others similarly situated and has retained competent counsel;

b) There is no hostility of interest between Plaintiff putative class representatives and the unnamed Class members;

c) They anticipate no difficulty in the management of this litigation as a class action; and

d) Plaintiff putative class representatives' legal counsel has the financial and legal resources to meet the substantial costs and legal issues associated with this type of litigation.

e) Plaintiff putative class representatives' legal counsel has collaborated with colleague Thomas J. Minton, whose $2 Million class settlement before this court is self-explanatory. *See generally* Wells v. Allstate Ins. Co. 557 F. Supp. 2d 1 (D.D.C. 2008). Mr. Minton has agreed to serve to guide the proceedings, and should be an able trial teammate around class certification.

26. **Predominance** under Fed. R. Civ. P.23(b)(3). The questions of law and fact common to the Class as set forth in the "commonality" allegation above predominate over any individual issues. As such, he "commonality" allegations are restated and incorporated herein by reference.

27. **Superiority** under Fed. R. Civ. P. 23(b)(3). A class action is superior to other

available methods and highly desirable for the fair and efficient adjudication of this controversy. Since the amount of each individual Class member's claim is very small relative to the complexity of the litigation and since the financial resources of STANTEC/GHD are enormous multi-Billions of dollars, no Class member could afford to seek legal redress Individually for the claims alleged herein. Therefore, absent a class action, the Class members will continue to suffer losses and STANTEC/GHD's misconduct will proceed without remedy. In addition, even if Class .embers themselves could afford such individual litigation, the court system could not. Given the complex gal and factual issues involved, individualized litigation would significantly increase the delay and expense to parties and to the Court. Individualized litigation would also create the potential for inconsistent or contradictory rulings. By contrast, a class action presents far fewer management difficulties, allows claims to be heard which might otherwise go unheard because of the relative expense of bringing individual lawsuits, and provides the benefits of adjudication, economies of scale and comprehensive supervision by a single court.

28. All conditions precedent to bringing this action have been satisfied and/or waived.

## VIOLATION OF UNCONSCIONABILITY ACT and CIVIL RICO

29. It can hardly be gainsaid that, unlike nearly every other water system's rates, the abnormal departure by ANNAPOLIS influenced by STANTEC/GHD is bizarre. Embedded herein is our Dix Hills farm water bill, $30 for 3 months, $10 per month, to water 10 horses, 15 cats, and 2 dogs, plus other farm water use. Self-evidently, $10 per month for nearly identical water plentitude and quality is contrasted with the attached Annapolis bill for nearly $500 per month [perhaps averaging $ 150 per month for many years]. Annapolis charges for 83,000 gallons $839.16 or $10.11 per 1000 gallons: our Dix Hills farm charges $1.45 for 1000 gallons. Long Island and Annapolis both have abundant pure ground water. Yet, even where water is scarce, and water use and scarcity is headline news, Googling "Albuquerque water charges per

1000 gallons," reveals among the highest charges for scarce water in the country

$2.23 https://www.abqjournal.com/307602/cost-of-water-increasing-in-rio-rancho.html.

30. For these reasons, it is self-evident that STANTEC/GHD's anomalous departure from common practice, is intentional, premeditated, unjustified, and, yes, UNCONSCIONABLE, and extortionate. The District of Columbia Consumer Protection Procedures Act, D.C. Code Ann. #28-3901, et seq ("CPPA"); carries punitive damages as a penalty for such "unconscionable" intentional misconduct, and extortion is a predicate for Civil RICO violation. The Racketeer Influenced and Corrupt Organizations Act, ("RICO"), 18 U.S.C. §1961, et seq. It cannot be denied that threatening judicial sate of your humble Plaintiff putative class representatives' 8 Loudon Lane home/office to force payment of $2500 mostly sewer charges for tom pool liner water [never entering the sewer] was extortion.

31. But praying the jury's finding of "punitive damages," the court is still required to award treble damages and award of attorneys' fees.

32. The CPPA attorneys' fee award is to be interposed BEFORE the class action attorneys' fee award.

33. This premeditated unjustifiable imposition upon billable time of two Annapolis lawyer couple and claimant customers is extortionate. STANTEC/GHD, extorts billable time from lawyers. Extortion by STANTEC/GHD violative of Civil RICO is pervasive. Corporate conspiracy with corrupt "edifice complex" Annapolis politicians exposes STANTEC/GHD to RICO actions. Plaintiff putative class representatives and those similarly

situated hereby demand recovery of the amounts owed to them as a result of the violations asserted herein.

WHEREFORE, Plaintiff putative class representatives pray for judgment against defendant STANTEC/GHD for themselves and the Class members as follows:

(a) Certifying this matter as a class action pursuant to Fed, R. Civ. P._23;

(b) Designating Plaintiff putative class representatives as appropriate Class representatives;

### *and to award damages:*

(c) Ordering STANTEC/GHD, as compensatory damages, to disgorge $50,000,000.00 [FIFTY MILLION DOLLARS] extorted funds paid to Annapolis, to be allocated *pro rata* to the Class of Annapolis water customers;

(d) Awarding the Class punitive damages under CPPA and RICO, in an amount commensurate with the compensatory damages of $50,000.00 so as to be felt as a punishment for STANTEC/GHD's outrageous conduct;

(e) Awarding treble damages to the Class thrice all damages awarded under CPPA,

(f) Awarding Plaintiff putative class representatives and the Class prejudgment interest from the date of loss, and their costs and disbursements incurred in connection with this action, including reasonable attorneys' fees, expert witness fees and other costs:

### *and to grant equitable relief:*

(g) Enjoining Stantec and GHD to influence and impel the City of Annapolis to:

    i  lower its water rates below that of Albuquerque NM,

    ii  lift the ban on private wells,

    iii  lift the ban on septic fields, and

iv  drastically to reduce its labor force from 600 to below 300 *pro rata* mimicking the lean and effective Rockville, MD government.

### CLASS REPRESENTATIVE'S PRAYER FOR JURY TRIAL

Plaintiffs, respectfully as putative class representatives *pro se*, elect trial by jury as to all issues.

Respectfully submitted,

_____

JOHN F. LILLARD, III D.C. Bar 197194

| | |
|---|---|
| 1776 K STREET, N.W. SUITE 200 | 8 LOUDON LANE |
| WASHINGTON, D.C.  20006 | ANNAPOLIS, MD. 21401 |
| (800) 227-5291 | (410) 268-1900 |

Counsel for Petitioners/Class Representatives

# EXHIBITS



# CITY OF ANNAPOLIS

Finance Office
Municipal Building, Room 103
160 Duke of Gloucester St
Annapolis, MD 21401-2517

## UTILITY BILL DELINQUENT NOTICE
### CUSTOMER COPY

Voice 410-263-7953
Fax  410-263-7529
TDD Use MD Relay or 711
www.annapolis.gov

**DUE UPON RECEIPT**

| Customer Name | Service Address |
|---|---|
| LILLARD III, JOHN F | 8 LOUDEN LN |

| Bill Date | Service Dates | Account No. - Customer No. | Amount Due |
|---|---|---|---|
| 06/29/2020 | 02/11/2020 - 05/10/2020 | 10404899 - 204263 | $403.08 |

We have not yet received payment for charges related to the above named service address. In order to avoid the loss of water service, please make sure your full payment is in our office no later than end of business on **July 14, 2020**.

Water will be t~~urned off~~ **THIS IS A PAST DUE REMINDER. YOUR SERVICE WILL NOT BE SHUT-OFF.** on ~~July 15, 2020~~.
PLEASE CONTACT OUR OFFICE AT
410-263-7953 TO MAKE A PAYMENT
A $45.00 service turn-on fee is added i~~f~~ OR DISCUSS YOUR ACCOUNT. ~~n office by end of business on July 14, 2020~~

The Department of Public Works will restore water service on turn-off days until 4:30 p.m. On all other business days, services will be restored up until 2:30 p.m.

Weekend and holiday service is available for a $125 fee. Call 410-324-2160 for details and scheduling.

Before having service restored, make sure all water using devices are turned off. In order to avoid property damage, Public Works will not restore service if it appears that excessive water passes through the meter. A $45 fee is charged for each visit by Public Works during their regular service hours.

If you have already made payment, please call Utility Billing at 410-263-7953 during our office hours of 8:30 a.m. to 4:30 p.m. weekdays, not including holidays, to verify that your payment has been received and credited to your account.

Pay online at www.annapolis.gov by end of business day on July 14, 2020. Once Service has been interrupted, payments can only be made by Cash, Visa, MasterCard, American Express, Discover, Cashiers Check or Money Order.

ATTENTION: THE CITY OF ANNAPOLIS DRINKING WATER QUALITY REPORT IS NOW
IN AN ELECTRONIC FORMAT AND IS AVAILABLE ONLINE AT:
HTTPS://WWW.ANNAPOLIS.GOV/DOCUMENTCENTER/VIEW/15708 IN ENGLISH OR
HTTPS://WWW.ANNAPOLIS.GOV/DOCUMENTCENTER/VIEW/15709 IN SPANISH

✂ Detach and return the portion below with your payment ✂



# CITY OF ANNAPOLIS

Finance Office
Municipal Building, Room 103
160 Duke of Gloucester St
Annapolis, MD 21401-2517

## UTILITY BILL DELINQUENT NOTICE
### REMIT PORTION

Please write your Account-Customer number on your check
and enclose this portion of bill with your payment.
Make checks payable to City of Annapolis

Name and address change request must be submitted
separately and signed by the property owner

| Service Address | Bill Date | Account No. - Customer No. | Amount Due |
|---|---|---|---|
| 8 LOUDEN LN | 06/29/2020 | 10404899 - 204263 | $403.08 |

**DUE UPON RECEIPT**   Total Amount Remitted:

LILLARD III, JOHN F
8 LOUDEN LN
ANNAPOLIS, MD 21401-0000

REMIT TO:
CITY OF ANNAPOLIS
P.O. BOX 75782
BALTIMORE, MD 21275-5782

0000604202060035608770000044308 5



# CITY OF ANNAPOLIS

**UTILITY BILL DELINQUENT NOTICE**

Finance Office
Municipal Building, Room 103
160 Duke of Gloucester St
Annapolis, MD 21401-2517

CUSTOMER COPY

Voice 410-263-7953
Fax 410-263-7129
TDD Use MD Relay or 711
www.annapolis.gov

**DUE UPON RECEIPT**

| Customer Name | Service Address |
|---|---|
| LILLARD III, JOHN F | 8 LOUDEN LN |

| Bill Date | Service Dates | Account No. - Customer No. | Amount Due |
|---|---|---|---|
| 03/24/2020 | 11/11/2019 - 02/10/2020 | 10404599 - 204263 | $201.51 |

We have not yet received payment for charges related to the above named service address. In order to avoid the loss of water service, please make sure your full payment is in our office no later than end of business on **April 14, 2020**

**Water will be** THIS IS A PAST DUE REMINDER. YOUR SERVICE WILL NOT BE SHUT-OFF. PLEASE CONTACT OUR OFFICE AT 410-263-7953 TO MAKE A PAYMENT OR DISCUSS YOUR ACCOUNT. **on April 15, 2020**

A $46.00 service turn-on fee is adde... this office by end of business on April 14, 2020

The Department of Public Works will restore water service on turn-off days until 4:30 p.m. On all other business days, services will be restored up until 2:30 p.m.

Weekend and holiday service is available for a $135 fee. Call 410-224-2145 for details and scheduling.

Before having service restored, make sure all water using devices are turned off. In order to avoid property damage, Public Works will not restore service if it appears that excessive water passes through the meter. A $46 fee is charged for each visit by Public Works during their regular service hours.

If you have already made payment, please call Utility Billing at 410-263-7953 during our office hours of 8:30 a.m. to 4:30 p.m. weekdays, not including holidays, to verify that your payment has been received and credited to your account.

Pay online at www.annapolis.gov by end of business day on **April 14, 2020**. Once Service has been interrupted, payments can only be made by Cash, Visa, MasterCard, American Express, Discover, Cashiers Check or Money Order.

IF YOU WOULD LIKE TO ENROLL IN THE AUTOMATIC ELECTRONIC FUNDS TRANSFER (EFT) WITHDRAWL PROGRAM, PLEASE VISIT OUR WEBSITE AT WWW.ANNAPOLIS.GOV TO DOWNLOAD AN APPLICATION.
YOU MUST INCLUDE A VOIDED CHECK WITH YOUR APPLICATION.

---

✂ Detach and return the portion below with your payment ✂



# CITY OF ANNAPOLIS

**UTILITY BILL DELINQUENT NOTICE**

**REMIT PORTION**

Finance Office
Municipal Building, Room 103
160 Duke of Gloucester St
Annapolis, MD 21401-2517

Please write your Account/Customer Number on your check and enclose this portion of bill with your payment. Make checks payable to City of Annapolis

Name and address change request must be submitted separately and signed by the property owner.

| Service Address | Bill Date | Account No. - Customer No. | Amount Due |
|---|---|---|---|
| 8 LOUDEN LN | 03/24/2020 | 10404599 - 204263 | $201.51 |

**DUE UPON RECEIPT** | Total Amount Remitted |

LILLARD III, JOHN F
8 LOUDEN LN
ANNAPOLIS, MD 21401-0000

REMIT TO
CITY OF ANNAPOLIS
P. O. BOX 70782
BALTIMORE, MD 21279-8782



**CITY OF ANNAPOLIS**
Finance Office
Municipal Building, Room 103
160 Duke of Gloucester St
Annapolis, MD 21401-2517

**UTILITY BILL**
Customer Copy

Voice 410-263-7<!--illegible-->
Fax 410-263-752<!--illegible-->
TDD Use MD Relay at 71<!--illegible-->
Online Payments: www.annapolis.go<!--illegible-->

| Customer Name | Service Address |
|---|---|
| LILLARD III, JOHN F | 6 LOUDEN LN |

| Bill Number | Bill Date | Service Date | Account Number-Customer No. | Due Date |
|---|---|---|---|---|
| 326499 | Nov. 08, 2019 | 08/01/2019-11/10/2019 | 10404599-204293 | 12/19/2019 |

| Description | Previous Read Date | Previous Meter Reading | Current Read Date | Current Meter Reading | Read Code | Usage (1000 gals) | Charge |
|---|---|---|---|---|---|---|---|
| WATER SGL FAM RES (WTR SFR (1%) 5/8") | 08/01/2019 | 2055 | 11/06/2019 | 2138 | A | 63 | 828.1<!--illegible--> |
| HISTORY PERIOD   CUBIC   08/19  01/19  04/19  10/19<br>BILLED USAGE       60    31    15    6    12 | | | | | | | |
| SEWER SINGLE FAMILY RESIDENTIAL | | | | | | | 503.8<!--illegible--> |
| REFUSE RESIDENTIAL | | | | | | | 63.6<!--illegible--> |
| WATERSHED RESTORATION RESIDENTIAL | | | | | | | 15.3<!--illegible--> |
| BAY RESTORATION SINGLE FAM RESIDENTIAL | | | | | | | 15.0<!--illegible--> |

A penalty of $85.42 will be added to the account if payment is not received by 12/19/2019

Annapolis City Code #6.08.090 provides that any requests for water or sewer adjustments must be received in writing by the Finance Office prior to the due date on the bill. No adjustments are made for malfunctioning equipment or leaks located on the user's property.

In case of water/sewer emergency contact 410-224-7140

**READ CODE**
A = Actual
E = Estimate
M = Manual

| | |
|---|---|
| Total Current Billing | 1437.1<!--illegible--> |
| Previous Balance | 514.<!--illegible--> |
| Charges/Credits | 0.0<!--illegible--> |
| Penalty | 0.0<!--illegible--> |
| Less Payments Received | 514.<!--illegible--> |
| **Total Amount Due** | **$1437.1<!--illegible-->** |

IF YOU WOULD LIKE TO ENROLL IN THE AUTOMATIC ELECTRONIC FUNDS TRANSFER (EFT) WITHDRAWAL PROGRAM, PLEASE VISIT OUR WEBSITE AT WWW.ANNAPOLIS.GOV TO DOWNLOAD AN APPLICATION. YOU MUST INCLUDE A VOIDED CHECK WITH YOUR APPLICATION.

Detach and return the portion below with your payment

---



**CITY OF ANNAPOLIS**
Finance Office
Municipal Building, Room 103
160 Duke of Gloucester St
Annapolis, MD 21401-2517

**UTILITY BILL**
REMIT PORTION

Please write your Bill Number on your check and enclose this portion of bill with your payment. Make checks payable to City of Annapolis

Name and address change request must be submitted separately and signed by the property owner

| Service Address | Bill Number | Account No.-Customer No. | Due Date | Amount Due |
|---|---|---|---|---|
| 6 LOUDEN LN | 326499 | 10404599-204293 | 12/19/2019 | $1437.1<!--illegible--> |

Total Amount Remitted: _____

**AUTO**5DGT 21401 C A P 2 1025 1 AX C 260



LILLARD III, JOHN F
6 LOUDEN LN
ANNAPOLIS MD 21401-1215

City of Annapolis
PO Box 75782
Baltimore MD. 21275-5782



# CITY OF ANNAPOLIS

Finance Office
Municipal Building, Room 100
160 Duke of Gloucester St.
Annapolis, MD 21401-2517

**CUSTOMER COPY**

Voice 410-263-7952
Fax 410-263-7939

www.annapolis.gov

**DUE UPON RECEIPT**

| Customer Name | Service Address |
|---|---|
| LILLARD II, JOHN F | 8 LOUDEN LN |

| Bill Date | Service Dates | Account No. - Customer No. | Amount Due |
|---|---|---|---|
| 06/26/2020 | 02/11/2020 - 05/10/2020 | 10404596 - 204263 | $403.08 |

We have not yet received payment for charges related to the above named service address. In order to avoid the loss of water service, please make sure your full payment is in our office no later than end of business on July 14, 2020.

Water will be [THIS IS A PAST DUE REMINDER. YOUR SERVICE WILL NOT BE SHUT-OFF. PLEASE CONTACT OUR OFFICE AT 410-263-7952 TO MAKE A PAYMENT OR DISCUSS YOUR ACCOUNT.] on July 15, 2020.

A $40.00 service turn-on fee is added ... office by end of business on July 14, 2020.

The Department of Public Works will restore water service ...

Weekend and holiday service is available for a $135 fee. Call 410-224-3140 for details and scheduling.

Before having service restored, make sure all water using devices are turned off. In order to avoid property damage, Public Works will not restore service if it appears that someone water passes through the meter. A $40 fee is charged for each visit by Public Works during their regular service hours.

If you have already made payment, please call Utility Billing at 410-263-7952 during our office hours of 8:30 a.m. to 4:30 p.m. weekdays, not including holidays, to verify that your payment has been received and credited to your account.

Pay online at www.annapolis.gov by end of business day on July 14, 2020. Once Service has been interrupted, payments can only be made by Cash, Visa, MasterCard, American Express, Discover, Cashiers Check or Money Order.

ATTENTION: THE CITY OF ANNAPOLIS DRINKING WATER QUALITY REPORT IS NOW
IN AN ELECTRONIC FORMAT AND IS AVAILABLE ONLINE AT:
HTTPS://WWW.ANNAPOLIS.GOV/DOCUMENTCENTER/VIEW/18738 IN ENGLISH OR
HTTPS://WWW.ANNAPOLIS.GOV/DOCUMENTCENTER/VIEW/18739 IN SPANISH

✂ Detach and return the portion below with your payment ✂

# CITY OF ANNAPOLIS

Finance Office
Municipal Building, Room 100
160 Duke of Gloucester St.
Annapolis, MD 21401-2517

## UTILITY BILL DELINQUENT NOTICE
### REMIT PORTION

Please write your Account-Customer Number on your check and enclose this portion of bill with your payment. Make checks payable to City of Annapolis.

Name and address change request must be submitted ... and signed by the property owner.

| Service Address | Bill Date | Account No. - Customer No. | Amount Due |
|---|---|---|---|
| 8 LOUDEN LN | 06/26/2020 | 10404596 - 204263 | $403.08 |

**DUE UPON RECEIPT** | Total Amount Remitted

LILLARD II, JOHN F
8 LOUDEN LN
ANNAPOLIS, MD 21401-0000

Remit To:
CITY OF ANNAPOLIS
P.O. BOX 77552
BALTIMORE, MD 21275-0702