UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNAPOLIS CITIZENS CLASS OVERCHARGED FOR WATER-SEWER, BY LOUDON OPERATIONS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>STANTEC, INC., *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20–2603 (BAH)<br><br>Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of the defendants' Motion to Dismiss Plaintiff's Class Action Complaint, ECF No. 5; defendants' Motion to Strike Plaintiff's Class Allegations Contained in Their Class Action Complaint, ECF No. 6; defendants' Motion to Strike Portions of Plaintiff's Class Action Complaint, ECF No. 7; defendants' Motion for Sanctions ECF No. 10; plaintiff's Motion for Sanctions, ECF No. 22; plaintiff's Notice of Voluntary Dismissal, ECF No. 25; and plaintiff's Response to the Court's Order to Show Cause, ECF No. 27, the memoranda submitted in support and opposition, the exhibits attached thereto; and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the case is DISMISSED without prejudice in light of the plaintiff's Notice of Voluntary Dismissal; and it is further

**ORDERED** that the defendant' Motion to Dismiss is DENIED as MOOT; it is further

**ORDERED** that the defendants' Motions to Strike are DENIED AS MOOT; it is further

**ORDERED** that the defendants' Motion for Sanctions is DENIED; it is further

**ORDERED** that the plaintiff's Motion for Sanctions is DENIED; it is further

**ORDERED** that plaintiff's counsel John F. Lillard, III, is sanctioned pursuant to Rules 11(c)(1) and 26(g)(3) of the Federal Rules of Civil Procedure for (1) his improper filing of a motion for sanctions without legal authority and (2) his improper serving of a pre-discovery subpoena compelling attendance at a deposition, which he failed to withdraw despite notice of its impropriety.  Lillard is admonished for these violations and directed to pay costs and attorney's fees associated with defendants' motion to quash; it is further

**ORDERED** that defendants shall submit an itemized billing statement of fees and expenses associated with the motion to quash by January 15, 2021; it is further

**ORDERED** that plaintiff's counsel John F. Lillard, III, shall submit by January 29, 2021, notice of whether those fees and expenses have been paid or are contested in any way; and it is further

**ORDERED** that the Clerk of the Court is directed to send a copy of this Memorandum Opinion to this Court's Committee on Grievances and the bars of District of Columbia and Maryland for whatever action, if any, is deemed appropriate based on the conduct of plaintiff's counsel, John F. Lillard III, in this litigation, as described in the Memorandum Opinion, including but not limited to the grounds on which this Court has imposed sanctions.

**SO ORDERED.**

Date: January 8, 2021

*This is a final and appealable order.*

_____<br>
BERYL A. HOWELL<br>
Chief Judge